**Fill in this information to identify the case:**

Debtor 1: Jesus Gutierrez

Debtor 2 (Spouse, if filing): Ana Gutierrez

United States Bankruptcy Court for the: Northern District of Illinois (State)

Case number: 17-82106

# Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association as Trustee of the Lodge Series III Trust

**Court claim no.** (if known): 10-1

**Last 4 digits** of any number you use to identify the debtor's account: 7 2 7 1

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No
☐ Yes. Date of the last notice: ___/___/___

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | 1/17/19, 2/17/19, 3/17/19, 4/17/19, 5/17/19, 6/17/19 | (1) | $ 260.28 |
| 2. Non-sufficient funds (NSF) fees | 6/6/19 | (2) | $ 25.00 |
| 3. Attorney fees | | (3) | $ |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify: _____ | | (10) | $ |
| 11. Other. Specify: _____ | | (11) | $ |
| 12. Other. Specify: _____ | | (12) | $ |
| 13. Other. Specify: _____ | | (13) | $ |
| 14. Other. Specify: _____ | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2    Notice of Postpetition Mortgage Fees, Expenses, and Charges    page 1

Debtor 1  **Jesus** _____ **Gutierrez** _____
First Name   Middle Name   Last Name

Case number (*if known*) **17-82106**

---

**Part 2:**  **Sign Here**  *Eric Feldman*

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ *Eric Feldman*
Signature

Date  07 / 24 / 2019

Print:  **Eric Feldman**
First Name   Middle Name   Last Name

Title  Creditor's authorized agent

Company  **Eric Feldman & Associates, P.C.**

Address  **123 West Madison St., Ste. 1650**
Number    Street
**Chicago**                            **IL**    **60602**
City                                    State    ZIP Code

Contact phone  ( **312** ) **344** - **3529**

Email  paralegal@efalaw.com

---

SN Servicing Corporation
Loan History - General

Loanid: 000028727 | Borrower: GUTIERREZ | Telephone: 7202749023 | SSN: ******9702

| Effective Date | Transaction Date | Rec Date | Transaction Description | Batch Desc | Sub Code | Batch Id | Trans. Amt | Principal Amount | Principal Balance | Restructure Prin | Interest Amount | Unapplied Amount | Unapplied Balance | Escrow Amount | Escrow Balance | Late Charge Amt | Late Charge Balance | Assistance Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/16/2018 | 11/16/2018 | | 1/1 2018 New Loan | | | | $0.00 | $207,480.85 | $207,480.85 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12/4/2018 | 12/4/2018 | | 1/1 2018 Other Fee Assessment | | 96 | 0 | $0.00 | | $207,480.85 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12/4/2018 | 12/4/2018 | | 1/1 2018 Other Fee Assessment | | 13 | 0 | $0.00 | ($4,195.00) | $207,480.85 | $78,855.57 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12/4/2018 | 12/4/2018 | | 1/1 2018 Other Fee Assessment | | 95 | 0 | $0.00 | ($78,855.57) | $207,480.85 | $78,855.57 | $0.00 | ($130.17) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12/4/2018 | 12/4/2018 | | 1/1 2018 Escrow Adjustment | | | | $0.00 | ($57,648.95) | $207,480.85 | $78,855.57 | $0.00 | $0.00 | $0.00 | ($57,648.95) | ($57,648.95) | $0.00 | $0.00 | $0.00 |
| 12/10/2018 | 12/10/2018 | | 1/1 2018 Prepetition Unapplied Pmt | BK Check EKA (3000-EKBK-PA) | 0 | 5360 | $482.00 | $0.00 | $207,480.85 | $78,855.57 | $0.00 | $482.00 | $482.00 | $0.00 | ($57,648.95) | $0.00 | $0.00 | $0.00 |
| 12/10/2018 | 12/10/2018 | | 7/1 2018 Unapplied Payment | 45-BB-OSO | 0 | 5456 | $2,636.13 | $0.00 | $207,480.85 | $78,855.57 | $0.00 | $2,636.13 | $3,118.13 | $0.00 | ($57,648.95) | $0.00 | $0.00 | $0.00 |
| 12/10/2018 | 12/10/2018 | | 1/1 2018 Unapplied Payment | 45-BB | 0 | 5478 | ($1,440.26) | $0.00 | $207,480.85 | $78,855.57 | $0.00 | ($1,440.26) | $1,677.87 | $0.00 | ($57,648.95) | $0.00 | $0.00 | $0.00 |
| 12/10/2018 | 12/10/2018 | | 1/1 2018 Regular Payment | 45-BB | 0 | 5479 | $197.52 | $699.99 | $207,283.33 | $78,855.57 | $572.75 | $0.00 | $1,677.87 | ($57,076.20) | ($57,076.20) | $0.00 | $0.00 | $0.00 |
| 12/13/2018 | 12/13/2018 | | 2/1 2018 Prepetition Unapplied Pmt | 45-BB | 0 | 5898 | ($482.00) | $0.00 | $207,283.33 | $78,855.57 | $0.00 | ($482.00) | $1,195.87 | $0.00 | ($57,076.20) | $0.00 | $0.00 | $0.00 |
| 12/13/2018 | 12/13/2018 | | 2/1 2018 Prepetition Unapplied Pmt | 45-PA | 96 | 5898 | $482.00 | $0.00 | $207,283.33 | $78,855.57 | $0.00 | $482.00 | $1,195.87 | $0.00 | ($57,076.20) | $0.00 | $0.00 | $0.00 |
| 1/10/2019 | 1/10/2019 | | 2/1 2018 Regular Payment | EKA Dep (3000-EKBK-BC) | 0 | 10174 | $198.16 | $669.35 | $207,085.17 | $78,855.57 | $572.75 | $0.00 | $1,195.87 | ($6,503.45) | ($6,503.45) | $0.00 | $0.00 | $0.00 |
| 1/10/2019 | 1/10/2019 | | 3/1 2018 Unapplied Payment | EKA Dep (3000-EKBK-BC) | 0 | 10174 | $9.74 | $0.00 | $207,085.17 | $78,855.57 | $0.00 | $9.74 | $1,205.61 | $0.00 | ($6,503.45) | $0.00 | $0.00 | $0.00 |
| 1/17/2019 | 1/17/2019 | | 1/1 2019 Late Charge Assess | | 0 | 0 | ($43.38) | $0.00 | $207,085.17 | $78,855.57 | $0.00 | $0.00 | $1,205.61 | $0.00 | ($6,503.45) | ($43.38) | $43.38 | $0.00 |
| 1/21/2019 | 1/21/2019 | | 3/1 2018 Prepetition Unapplied Pmt | | 0 | 11507 | $482.00 | $0.00 | $207,085.17 | $78,855.57 | $0.00 | $482.00 | $1,687.61 | $0.00 | ($6,503.45) | $0.00 | $43.38 | $0.00 |
| 1/22/2019 | 1/22/2019 | | 3/1 2018 Prepetition Unapplied Pmt | 45-BC | 0 | 11730 | ($482.00) | $0.00 | $207,085.17 | $78,855.57 | $0.00 | ($482.00) | $1,205.61 | $0.00 | ($6,503.45) | $0.00 | $43.38 | $0.00 |
| 1/22/2019 | 1/22/2019 | | 3/1 2018 Other Fee Payment | 45-BC | 96 | 11730 | $482.00 | $668.07 | $207,085.17 | $78,855.57 | $0.00 | $0.00 | $1,205.61 | $0.00 | ($6,503.45) | $0.00 | $43.38 | $0.00 |
| 1/31/2019 | 1/31/2019 | | 3/1 2018 Prepetition Unapplied Pmt | BK Check EKA (3000-EKBK-BC) | 0 | 13295 | $482.00 | $0.00 | $207,085.17 | $78,855.57 | $0.00 | $482.00 | $1,687.61 | $0.00 | ($6,503.45) | $0.00 | $43.38 | $0.00 |
| 1/31/2019 | 1/31/2019 | | 3/1 2018 Prepetition Unapplied Pmt | 45-BC | 0 | 13331 | ($482.00) | $0.00 | $207,085.17 | $78,855.57 | $0.00 | ($482.00) | $1,205.61 | $0.00 | ($6,503.45) | $0.00 | $43.38 | $0.00 |
| 1/31/2019 | 1/31/2019 | | 3/1 2018 Other Fee Payment | 45-BC | 96 | 13331 | $482.00 | $0.00 | $207,085.17 | $78,855.57 | $0.00 | $0.00 | $1,205.61 | $0.00 | ($6,503.45) | $0.00 | $43.38 | $0.00 |
| 2/5/2019 | 2/5/2019 | | 3/1 2018 Regular Payment | EKA Dep (3000-EKBK-BC) | 0 | 13914 | $198.80 | $668.71 | $206,886.37 | $78,855.57 | $572.75 | $0.00 | $1,205.61 | ($5,930.70) | ($5,930.70) | $0.00 | $43.38 | $0.00 |
| 2/5/2019 | 2/5/2019 | | 4/1 2018 Unapplied Payment | EKA Dep (3000-EKBK-BC) | 0 | 13914 | $9.74 | $0.00 | $206,886.37 | $78,855.57 | $0.00 | $9.74 | $1,215.35 | $0.00 | ($5,930.70) | $0.00 | $43.38 | $0.00 |
| 2/15/2019 | 2/15/2019 | | 4/1 2018 Investor Loan Sale | | 0 | 15208 | $0.00 | $0.00 | $206,886.37 | $78,855.57 | $0.00 | $0.00 | $1,215.35 | $0.00 | ($5,930.70) | $0.00 | $43.38 | $0.00 |
| 2/15/2019 | 2/15/2019 | | 4/1 2018 Inv. Loan Purchase | | 0 | 15208 | $0.00 | $0.00 | $206,886.37 | $78,855.57 | $0.00 | $0.00 | $1,215.35 | $0.00 | ($5,930.70) | $0.00 | $43.38 | $0.00 |
| 2/17/2019 | 2/17/2019 | | 2/1 2019 Late Charge Assess | | 0 | 0 | ($43.38) | $0.00 | $206,886.37 | $78,855.57 | $0.00 | $0.00 | $1,215.35 | $0.00 | ($5,930.70) | ($43.38) | $86.76 | $0.00 |
| 3/1/2019 | 3/1/2019 | | 4/1 2018 Regular Payment | 3000-41548 | 0 | 17083 | $1,440.26 | $667.43 | $206,486.85 | $78,855.57 | $572.75 | $0.00 | $1,215.35 | ($5,357.95) | ($5,357.95) | $0.00 | $86.76 | $0.00 |
| 3/1/2019 | 3/1/2019 | | 4/1 2018 Unapplied Payment | 3000-41548 | 0 | 17083 | $9.74 | $0.00 | $206,486.85 | $78,855.57 | $0.00 | $9.74 | $1,225.09 | $0.00 | ($5,357.95) | $0.00 | $86.76 | $0.00 |
| 3/17/2019 | 3/17/2019 | | 3/1 2019 Late Charge Assess | | 0 | 0 | ($43.38) | $0.00 | $206,486.85 | $78,855.57 | $0.00 | $0.00 | $1,225.09 | $0.00 | ($5,357.95) | ($43.38) | $130.14 | $0.00 |
| 3/28/2019 | 3/28/2019 | | 5/1 2018 Prepetition Unapplied Pmt | BK Check EKA (3000-EKBK-BC) | 0 | 21058 | $232.00 | $0.00 | $206,486.85 | $78,855.57 | $0.00 | $232.00 | $1,457.09 | $0.00 | ($5,357.95) | $0.00 | $130.14 | $0.00 |
| 3/28/2019 | 3/28/2019 | | 5/1 2018 Prepetition Unapplied Pmt | 45-BC | 0 | 21062 | ($232.00) | $0.00 | $206,486.85 | $78,855.57 | $0.00 | ($232.00) | $1,225.09 | $0.00 | ($5,357.95) | $0.00 | $130.14 | $0.00 |
| 3/28/2019 | 3/28/2019 | | 5/1 2018 Other Fee Payment | 45-BC | 96 | 21062 | $232.00 | $0.00 | $206,486.85 | $78,855.57 | $0.00 | $0.00 | $1,225.09 | $0.00 | ($5,357.95) | $0.00 | $130.14 | $0.00 |
| 4/8/2019 | 4/8/2019 | | 5/1 2018 Regular Payment | 3000-41548 | 0 | 22945 | $1,440.26 | $667.43 | $206,486.85 | $78,855.57 | $572.75 | $0.00 | $1,225.09 | ($4,785.20) | ($4,785.20) | $0.00 | $130.14 | $0.00 |
| 4/8/2019 | 4/8/2019 | | 6/1 2018 Unapplied Payment | 3000-41548 | 0 | 22945 | $9.74 | $0.00 | $206,486.85 | $78,855.57 | $0.00 | $9.74 | $1,234.83 | $0.00 | ($4,785.20) | $0.00 | $130.14 | $0.00 |
| 4/17/2019 | 4/17/2019 | | 4/1 2019 Late Charge Assess | | 0 | 0 | ($43.38) | $0.00 | $206,486.85 | $78,855.57 | $0.00 | $0.00 | $1,234.83 | $0.00 | ($4,785.20) | ($43.38) | $173.52 | $0.00 |
| 4/30/2019 | 4/30/2019 | | 6/1 2018 Regular Payment | 3000-41548 | 0 | 26770 | $1,440.26 | $666.78 | $206,486.12 | $78,855.57 | $572.75 | $0.00 | $1,234.83 | ($4,212.45) | ($4,212.45) | $0.00 | $173.52 | $0.00 |
| 4/30/2019 | 4/30/2019 | | 7/1 2018 Prepetition Unapplied Pmt | BK Check EKA (3000-EKBK-JW) | 0 | 26770 | $9.74 | $0.00 | $206,486.12 | $78,855.57 | $0.00 | $9.74 | $1,244.57 | $0.00 | ($4,212.45) | $0.00 | $173.52 | $0.00 |
| 5/2/2019 | 5/2/2019 | | 7/1 2018 Prepetition Unapplied Pmt | BK Check EKA (3000-EKBK-JW) | 0 | 27202 | $1,214.00 | $0.00 | $206,486.12 | $78,855.57 | $0.00 | $1,214.00 | $2,458.57 | $0.00 | ($4,212.45) | $0.00 | $173.52 | $0.00 |
| 5/2/2019 | 5/2/2019 | | 7/1 2018 Prepetition Unapplied Pmt | 45-PA | 0 | 27116 | ($1,214.00) | $0.00 | $206,486.12 | $78,855.57 | $0.00 | ($1,214.00) | $1,244.57 | $0.00 | ($4,212.45) | $0.00 | $173.52 | $0.00 |
| 5/2/2019 | 5/2/2019 | | 7/1 2018 Other Fee Payment | 45-PA | 96 | 27116 | $1,214.00 | $665.48 | $205,882.71 | $78,855.57 | $0.00 | $0.00 | $1,244.57 | ($3,621.87) | ($3,621.87) | $0.00 | $173.52 | $0.00 |
| 5/14/2019 | 5/14/2019 | | 6/1 2019 Tax Bill 1 Disbursement | Property Tax 051419bh2 | 30 | 28845 | ($2,554.92) | $0.00 | $205,882.71 | $78,855.57 | $0.00 | $0.00 | $1,244.57 | ($2,554.92) | ($3,621.87) | $0.00 | $173.52 | $0.00 |
| 5/17/2019 | 5/17/2019 | | 5/1 2019 Late Charge Assess | | 0 | 0 | ($43.38) | $0.00 | $205,882.71 | $78,855.57 | $0.00 | $0.00 | $1,244.57 | $0.00 | ($3,621.87) | ($43.38) | $216.90 | $0.00 |
| 5/28/2019 | 5/28/2019 | | 7/1 2018 Regular Payment | 3000-41548 | 0 | 30641 | $1,440.26 | $666.13 | $205,084.74 | $78,855.57 | $572.75 | $0.00 | $1,244.57 | ($6,767.37) | ($6,767.37) | $0.00 | $216.90 | $0.00 |
| 6/3/2019 | 6/3/2019 | | 8/1 2018 Prepetition Unapplied Pmt | BK Check EKA (3000-EKBK-JW) | 0 | 31369 | $482.00 | $0.00 | $206,084.74 | $78,855.57 | $0.00 | $482.00 | $1,726.57 | $0.00 | ($6,194.62) | $0.00 | $216.90 | $0.00 |
| 6/3/2019 | 6/3/2019 | | 8/1 2018 Regular Payment | 3000-41548 | 0 | 31828 | ($1,440.26) | ($665.48) | $206,084.74 | $78,855.57 | ($1,450.00) | $0.00 | $1,726.57 | ($5,621.87) | ($6,194.62) | $0.00 | $216.90 | $0.00 |
| 6/3/2019 | 6/3/2019 | | 8/1 2018 Unapplied Payment | 3000-41548 | 0 | 31893 | ($1,450.00) | $0.00 | $206,084.74 | $78,855.57 | $0.00 | $1,450.00 | $1,736.31 | $0.00 | ($5,621.87) | $0.00 | $216.90 | $0.00 |
| 6/3/2019 | 6/3/2019 | | 9/1 2018 Prepetition Unapplied Pmt | 45-PA | 0 | 31288 | ($482.00) | $0.00 | $205,882.71 | $78,855.57 | $0.00 | ($482.00) | $1,254.31 | $0.00 | ($5,621.87) | $0.00 | $216.90 | $0.00 |
| 6/6/2019 | 6/6/2019 | | 9/1 2018 Other Fee Payment | 45-PA | 96 | 31288 | ($9.74) | $0.00 | $205,882.71 | $78,855.57 | ($9.74) | $0.00 | $1,244.57 | $0.00 | ($5,621.87) | $0.00 | $216.90 | $0.00 |
| 6/6/2019 | 6/6/2019 | | 9/1 2018 Unapplied Payment | 46-BC | 0 | 31828 | ($1,440.26) | ($665.48) | $206,084.74 | $78,855.57 | $0.00 | $0.00 | $1,244.57 | ($6,767.37) | ($6,194.62) | $0.00 | $216.90 | $0.00 |
| 6/6/2019 | 6/6/2019 | | 8/1 2018 Regular Payment | 46-BC | 96 | 31828 | $1,450.00 | $0.00 | $206,084.74 | $78,855.57 | $1,450.00 | $0.00 | $2,694.57 | ($6,194.62) | ($6,194.62) | $0.00 | $216.90 | $0.00 |
| 6/6/2019 | 6/6/2019 | | 8/1 2018 Unapplied Payment | 46-BC | 0 | 31828 | ($1,450.00) | $0.00 | $206,084.74 | $78,855.57 | ($1,450.00) | $0.00 | $1,244.57 | $0.00 | ($6,194.62) | $0.00 | $216.90 | $0.00 |
| 6/6/2019 | 6/6/2019 | | 8/1 2018 NSF Fee Assessment | 3000-BOT REJECT-BC | 0 | 31893 | ($25.00) | $0.00 | $206,084.74 | $78,855.57 | $0.00 | $0.00 | $1,244.57 | $0.00 | ($6,194.62) | $0.00 | $216.90 | $0.00 |
| 6/17/2019 | 6/17/2019 | | 6/1 2019 Late Charge Assess | 3000-BOT REJECT-BC | 0 | 0 | ($43.38) | $0.00 | $206,084.74 | $78,855.57 | $0.00 | $0.00 | $1,244.57 | $0.00 | ($6,194.62) | ($43.38) | $260.28 | $0.00 |
| | | | Totals: | | | | ($78,969.50) | $208,876.96 | | | $4,676.46 | $1,244.57 | | ($6,194.62) | | ($260.28) | | |

Contains Customer Private Information - handle securely